Welch *v*. National Union Life Insurance Company
of Pittsburgh, Appellant.

Argued April 12, 1972. *P. Raymond Bartholomew,* with him *Cusick, Madden, Joyce & McKay,* for appellant; *John J. Regule,* with him *Regule & Regule,* for appellee.

Judgment affirmed.

Welsh *v*. Calhoun, Appellant.

Argued April 13, 1972. *Thomas C. Jones,* for appellant; *Henry G. Beamer, III,* with him *Metz, Cook, Hanna & Kelly,* for appellee.

Judgment affirmed; reargument refused July 17, 1972.